```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                       UNSEALING ORDER
        -v.-                      :
                                       S1 20 Cr. 504  KMW
TYRONE THURMOND,                  :
    a/k/a "Man Man,"
                                  :
                Defendant.
- - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Christopher J. Clore, it is hereby ORDERED that Indictment S1 20 Cr. 504, which was filed under seal on September 22, 2020, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         October 15, 2020

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK