```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA                :

    -v-                                                          :          ORDER

TIMOTHY MITCHELL and                     :          20 CR 504 (KMW)
TYRONE THURMOND,
                   Defendants.   :

-------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear for a conference on May 4, 2021, at 12:00 p.m.

    The parties have requested an adjournment of the next pre-trial conference scheduled for March 23, 2021, because they need additional time to review voluminous discovery.

    With the defendants' consent, the Court excludes the time from today until May 4, 2021, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to review discovery in the case.

Dated: New York, New York
       March 10, 2021

                                                  KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE