UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

TYRONE THURMOND,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, May 6, 2021, at 9:00 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
April 29, 2021

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE