UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

TYRONE THURMOND,

                       Defendant.
------------------------------------------------------------------x

ORDER
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, November 16, 2021, at 9:00 a.m. Members of the press and public who wish to join the proceeding may dial 646-828-7666 and enter access code 1601079548. Consistent with the standing orders of this Court and local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
        November 10, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE