UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/18/21 |

-against

**ORDER**
20 CR 504 (KMW)

TIMOTHY MITCHELL,
TYRONE THURMOND,

Defendants.

------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for

Tuesday, December 14, 2021, is moved to Thursday, December 16, 2021, at 9:00 a.m.

SO ORDERED.

Dated: New York, New York
November 18, 2021

*Kimba m. Wood*

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE