UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/7/21_

-against-

**ORDER**
20 CR 504 (KMW)

TIMOTHY MITCHELL,
TYRONE THURMOND,

Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Thursday, December

16, 2021, at 11:00 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter

Access Code 1613818. Consistent with the standing orders of this court and local rules, no

recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
       December 7, 2021

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE