UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

TIMOTHY MITCHELL,
TYRONE THURMOND,

                      Defendants.
-------------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the conference scheduled for February 1, 2022, is adjourned to Tuesday, February 8, 2022, at 12:30 p.m.

    SO ORDERED.

Dated: New York, New York
         January 19, 2022

                                     /s/ Kimba M. Wood
                                     KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE