UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22
```

-against-

**ORDER**
20 CR 504 (KMW)

TIMOTHY MITCHELL,
TYRONE THURMOND,

                       Defendants.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court erred in it's January 19, 2022, Order adjourning the conference to February 8, 2022; the conference is adjourned to February 10, 2022, at 12:30 p.m.

       SO ORDERED.

Dated: New York, New York
       January 20, 2022

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE