UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

TYRONE THURMOND,
TIMOTHY MITCHELL,

                              Defendants.
------------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/22

KIMBA M. WOOD, District Judge:

In order to have the defendants produced remotely, in a time slot available at the detention facilities, the time of the conference on February 10, 2022, is change to 12:00 p.m.

SO ORDERED.

Dated: New York, New York
        January 25, 2022

                                            /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE