UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

TIMOTHY MITCHELL,
TYRONE THURMOND,

                       Defendants.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/22

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

The teleconference in the above-captioned matter currently scheduled for 12:00 p.m. on February 10, 2022, is moved to 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
          January 31, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE