UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/22
```

-against

**ORDER**
20 CR 504 (KMW)

TIMOTHY MITCHELL,
TYRONE THURMOND,

                                    Defendants.
--------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a telephone conference in the above-captioned case on Thursday,

February 10, 2022, at 10:30 a.m. To join the conference, counsel should dial 1-888-363-4749

and enter access code 1613818. Counsel for the defendants shall review, with their clients, the

right to be present in person and be prepared to state on the record whether each defendant

consents to appearing by teleconference. Consistent with the standing orders of this court and

local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
       February 2, 2022

                                    KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE