UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

TIMOTHY MITCHELL,
TYRONE THURMOND,

                     Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

    Trial in the above-captioned case, scheduled to begin on Monday, October 24, 2022, will now begin on Tuesday, October 25, 2022, at 9:30 a.m.

    SO ORDERED.

Dated: New York, New York
         August 17, 2022

                                                KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE