UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2__

-against

**ORDER**
20 CR 504 (KMW)

TYRONE THURMOND,

Defendant.

-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for December 14, 2022, is adjourned to January 18, 2023,

at 12:00 p.m. Defendant's submission is due by January 4, 2023. Government submission is

due by January 11, 2023.

SO ORDERED.

Dated: New York, New York
    November 30, 2022

Kimba m. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE