UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

                -against-

TYRONE THURMOND,

                              Defendant.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/23

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

    On April 25, 2023, the Court granted defendant's request to adjourn sentencing.

Sentencing was adjourned to May 24, 2023.

    The Court now reschedules sentencing for Wednesday, May 31, 2023, at 12:00 p.m.

    SO ORDERED.

Dated: New York, New York
         April 27, 2023

                                              KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE