

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
jessica.masella@dlapiper.com
T  212.335.4829

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/23
```

May 23, 2023

**MEMO ENDORSED**

**BY ECF**

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *United States v. Tyrone Thurmond*, **20-cr-00504-KMW-2**

Dear Judge Wood:

Tyrone Thurmond is currently scheduled to be sentenced on May 31, 2023 at 12:00 p.m. We write to respectfully request Mr. Thurmond's sentencing be adjourned until July 12, 2023, which date we understand is convenient for the Court. Counsel has conferred with the government, and the government consents to this request.

Thank you for your consideration.

*Sentencing is adjourned to July 12, 2023, at 11:30 a.m. Defendant's submission is due by June 28, 2023. Government Submission is due by July 5, 2023.*

Respectfully submitted,

/s/ *Jessica A. Masella*
Jessica A. Masella
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

SO ORDERED:   N.Y., N.Y.   5/26/23

KIMBA M. WOOD
U.S.D.J.