UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

TYRONE THURMOND,

                                 Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing currently scheduled for December 6, 2023, at 10:00 a.m. is rescheduled for 3:00 p.m.

      SO ORDERED.

Dated: New York, New York
          November 29, 2023

                                                  _/s/ Kimba M. Wood_
                                                  KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/23